**Hugo Alberto RODRIGUEZ,**
**Petitioner–Appellant**

**v.**

**UNITED STATES of America; Warden,**
**Reeves County Detention Center III;**
**Bureau of Prisons; Eric H. Holder,**
**Jr., United States Attorney General,**
**Respondents–Appellees.**

No. 10–51229
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 6, 2013.

Hugo Alberto Rodriguez, Pecos, TX, pro se.

Gary Layton Anderson, Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Respondents–Appellees.

Before SMITH, DeMOSS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Hugo Alberto Rodriguez, federal prisoner # 79075–004, an alien against whom the Bureau of Immigration and Customs Enforcement has issued a detainer subjecting him to immediate removal from the United States upon release from Bureau of Prisons (BOP) custody, appeals the denial of his 28 U.S.C. § 2241 petition challenging the BOP's exclusion of him from rehabilitation programs and halfway houses. The

petition is foreclosed by this court's decision in *Gallegos–Hernandez v. United States,* 688 F.3d 190, 192–93 (5th Cir.), *cert. denied,* —— U.S. ——, 133 S.Ct. 561, 184 L.Ed.2d 365 (2012).

AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be